# Third District Court of Appeal

## State of Florida

Opinion filed August 14, 2024.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-2170
Lower Tribunal Nos. HSMV Case No. MS-23-071, DOAH Case No. 23-1420

————————————

**Amigos Traffic School, Inc.,**
Appellant,

vs.

**Department of Highway Safety and Motor Vehicles,**
Appellee.

An Appeal from the Department of Highway Safety and Motor Vehicles.

Claudio R. Cedrez LLC, and Claudio R. Cedrez Pellegrino, for appellant.

David Arthmann, General Counsel, and Linsey Sims-Bohnenstiehl, Assistant General Counsel (Tallahassee), for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Bagarotti v. Reemployment Assistance Appeals</u> <u>Comm'n</u>, 208 So. 3d 1197, 1199 (Fla. 3d DCA 2017) ("An administrative hearing officer's findings of fact may not be disturbed by a reviewing court if those findings are supported by competent, substantial evidence."); <u>see also</u> <u>O.H. v. Agency for Persons with Disabilities</u>, 332 So. 3d 27, 33 (Fla. 3d DCA 2021) ("It does not matter that there may be competent substantial evidence to support alternative findings of fact, only whether the hearing officer's findings of fact are supported by competent and substantial evidence.").